NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EVETTA STEPHENSON,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2015-3002

---

Petition for review of the Merit Systems Protection Board in No. CH-0752-14-0019-I-2.

---

**ON MOTION**

---

**O R D E R**

Evetta Stephenson moves to voluntarily dismiss her petition for review.[*]

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted. The petition is dismissed.

(2) Each side shall bear its own costs.

2                                                STEPHENSON v. ARMY


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

---

  * The court does not usually designate voluntary dismissals as being with or without prejudice.